# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
GUARDIANSHIP OF P. K.

No. 71254

LAUREN KAHL,
Appellant,
vs.
SHAWN ZAREK WILLIAMS,
Respondent.

FILED

NOV 0 2 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was docketed in this court on September 14, 2016, without payment of the requisite filing fee. On that same day a notice was issued directing appellant to pay the filing fee within ten days. The notice further advised that failure to pay the filing fee within ten days would result in the dismissal of this appeal. To date, appellant has not paid the filing fee. Accordingly, cause appearing, this appeal is dismissed.[1]

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Lisa M. Brown, District Judge, Family Court Division
      Lauren Kahl
      Steinberg Law Group
      Eighth District Court Clerk

---

[1]Respondent's Attorney Brian J. Steinberg's motion to withdraw as attorney of record for respondent filed on October 5, 2016, is denied as moot.

16-34146